**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Maria@lagomarsinolaw.com
*Attorneys for Plaintiff*
*Todd David Philbrook*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TODD DAVID PHILBROOK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRET HOOD, in his individual capacity; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-00693-MDC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [ECF NO. 10], OR ALTERNATIVELY, FOR SUMMARY JUDGMENT** |

Pursuant to LR IA 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for the Plaintiff to file his Opposition to Defendant's Motion to Dismiss First Amended Complaint [ECF No. 10], or Alternatively for Summary Judgment (ECF No. 14) in the above-captioned case two (2) weeks, up to and including June 15, 2026.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay.

WHEREAS, Defendant filed his *Motion to Dismiss First Amended Complaint [ECF No. 10], or Alternatively for Summary Judgment* (ECF No. 14) ("MTD/MSJ") on Saturday, May 16, 2026.

WHEREAS, Plaintiff's Opposition to Defendant's MTD/MSJ is currently due on Monday, June 1, 2026.

WHEREAS, this is the parties' first request for an extension of time regarding the deadline for filing a motion and it is not intended to cause any delay or prejudice any party. The parties hereto

agree to an extension in good faith in order to provide Plaintiff with sufficient time to present a complete opposition to Defendant's dispositive Motion that meaningfully addresses the issues before the Court.

Therefore, **IT IS HEREBY STIPULATED** that Plaintiff shall have up to, and including, June 15, 2026 to file his Opposition to Defendant's MTD/MSJ.

**IT IS SO STIPULATED AND AGREED.**

DATED this 29th day of May, 2026.

**LAGOMARSINO LAW**

 /s/ Maria A. Mencos
ANDRE M. LAGOMARSINO, ESQ. (#6711)
MARIA A. MENCOS, ESQ. (#17098)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
*Attorneys for Plaintiff Todd David Philbrook*

DATED this 29th day of May, 2026.

**MARQUIS AURBACH**

 /s/ Sydney A. Soder
BRIAN R. HARDY, ESQ. (#10068)
SYDNEY A. SODER, ESQ. (#17120)
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
*Attorneys for Defendant Bret Hood*

<u>**ORDER**</u>

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-8-26