**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Sydney A. Soder, Esq.
Nevada Bar No. 17120
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
ssoder@maclaw.com
*Attorneys for Defendant, Bret Hood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TODD DAVID PHILBROOK, an individual, | Case No.:    2:26-cv-00693-MDC |
| Plaintiff, | |
| vs. | |
| BRET HOOD, in his individual capacity; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT[ECF NO. 10]**

Pursuant to Local Rule IA 6-1, 6-2, and LR 26-3, Defendant Bret Hood ("Defendant"), by and through their counsel of record, Marquis Aurbach, and Plaintiff Todd David Philbrook ("Plaintiff"), by and through their counsel of record, Lagomarsino Law, hereby stipulate as follows:

1.    Plaintiff filed his Complaint [ECF No. 1] on March 10, 2026.

2.    On April 17, 2026, Defendant filed his first Motion to Dismiss and/or Motion for Summary Judgment [ECF No. 8].

MAC: 11779-259 (#6422002.1)

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

3.      On May 1, 2026, Plaintiff filed his First Amended Complaint [ECF No. 10].

4.      Defendant filed his second Motion to Dismiss and/or Motion for Summary Judgment on May 16, 2026 [ECF No. 14].

5.      On May 29, 2026, the Parties stipulated to extend Plaintiff's deadline to oppose the Motion to June 15, 2026.

6.      Plaintiff filed his Opposition to Plaintiff's Motion to Dismiss First Amended Complaint and/or for Summary Judgment on June 1, 2026 [ECF No. 17].

7.      Whereas Defendant's Reply to the Opposition to this Motion is currently due Monday, June 8, 2026.

8.      Whereas the Parties agree to extend the deadline for Defendant to file a response to Plaintiff's Opposition to Defendant's Motion to Dismiss the First Amended Complaint from Monday, June 8, 2026 to **Friday, June 12, 2026**.

9.      The Parties agree to an extension in good faith in order to provide Defendant with sufficient time to present a complete reply to Plaintiff's Opposition to the dispositive Motion that meaningfully addresses the issues before the Court.

/ / /

/ / /

/ / /

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: 11779-259 (#6422002.1)

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

10.   This is the Parties' first request for an extension of time regarding the deadline for filing a Reply to the Opposition; the Parties agreed to the extension prior to expiration of the deadline, and this Stipulation is made in good faith and is not sought for the purpose of unwarranted delay or to prejudice any party.

IT IS SO STIPULATED.

Dated this 8th day of June, 2026.

**MARQUIS AURBACH**

/s/   *Sydney A. Soder*
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Sydney A. Soder, Esq.
Nevada Bar No. 17120
*Attorneys for Defendant, Bret Hood*

Dated this 8th day of June, 2026.

**LAGOMARSINO LAW**

/s/ *Andre M. Lagomarsino*
Andre M. Lagomarsino, Esq.
Nevada Bar No. 6711
Maria A. Mencos, Esq.
Nevada Bar No. 17098
*Attorneys for Plaintiff, Todd David Philbrook*

### **ORDER**

Good cause appearing, the foregoing Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___6-9-26_____

MAC: 11779-259 (#6422002.1)